**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Official Caption[1]

2010-1051

IRIS CORPORATION,

            Plaintiff-Appellant,

v.

JAPAN AIRLINES INTERNATIONAL COMPANY, LTD.,

            Defendant-Appellee,

and

JAPAN AIRLINES CORPORATION,

            Defendant.

Appeal from the United States District Court for the Eastern District of New York in case no. 06-CV-6336, Judge Carol Bagley Amon.

Authorized Abbreviated Caption[2]

IRIS CORP V JAPAN AIRLINES, 2010-1051

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.