# STEPHEN NORMAN WEISS
## Attorney At Law

1601 Broadway - 12th Floor  
New York, NY 10019

stephen@snweisslaw.com  
Tel: (646) 801-0371  
Fax: (917) 591-4859

Mr. Jan Horbaly, Chief Executive and Clerk of Court  
United States Court of Appeals for the Federal Circuit  
717 Madison Place, NW  
Washington, DC 20439

Re: Iris Corp v. Japan Airlines  
    Docket No. 2010-1051

Dear Mr. Horbaly:

I am principal attorney for Iris Corporation, the plaintiff-appellant in the referenced matter. The appeal is currently on stay by order of this curt entered February 5, 2010, pending defendant-appellee's discharge from bankruptcy.

I write to advise this court that I have changed my address and phone number as per this letterhead, and confirm that I remain the principal attorney for Iris Corporation in this matter.

                                  Respectfully submitted,

                                  Stephen Norman Weiss

cc: Charles F. Schill, Esq.  
    Paul D. Lall, Esq.  
    Counsel for Japan Airlines