UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

---------------------------------------------------------------X

IRIS CORPORATION,

                      Plaintiff - Appellant,

       -v-                                      No. 2010-1051

JAPAN AIRLINES INTERNATIONAL
CO., LTD.,

                      Defendant - Appellee.

---------------------------------------------------------------X

## APPELLEE'S STATUS REPORT

      Pursuant to the Court's Order dated February 5, 2010, Defendant-Appellee Japan Airlines Co., Ltd. ("Japan Airlines")[1] hereby states that the stay issued by the United States Bankruptcy Court for the Southern District of New York under Chapter 15 of the U.S. Bankruptcy Code, as pertinent to this litigation, remains in effect. On March 28, 2011, Japan Airlines completed its corporate reorganization proceedings in Japan.

                                                             Respectfully submitted

Dated: April 26, 2013                         STEPTOE & JOHNSON LLP

                                                            Charles Schill
                                                             Paul D. Lall

*Of counsel:*                                  STEPTOE & JOHNSON LLP
William Karas (admitted *pro hac vice*)      1330 Connecticut Avenue, N.W.
Carol Gosain (admitted *pro hac vice*)       Washington, D.C. 20036
                                                              202-429-3000

                                                             *Attorneys for Defendant*
                                                             *Japan Airlines Co., Ltd.*

---

[1] Effective April 1, 2011, Japan Airlines' corporate name was changed to Japan Airlines Co., Ltd.

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that, on April 26, 2013, the foregoing Appellee's Status Report was served upon the following via first class mail:

Stephen Norman Weiss, Esq.
STEPHEN NORMAN WEISS
Attorney At Law
1601 Broadway – 12th Floor
New York, NY 10019

*Attorney for Appellant Iris Corporation*

                 Timaka R. Senior