UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

------------------------------------------------------------------------X
                                               :

IRIS CORPORATION,

                Plaintiff - Appellant,

       -v-                                               No. 2010-1051

JAPAN AIRLINES INTERNATIONAL
CO., LTD.,

                Defendant - Appellee.

------------------------------------------------------------------------X

## APPELLEE'S STATUS REPORT

       Pursuant to the Court's Order dated February 5, 2010, Defendant-Appellee Japan Airlines Co., Ltd. ("Japan Airlines") hereby states that the stay resulting from the order issued by the United States Bankruptcy Court for the Southern District of New York on February 17, 2010 (*see In re Japan Airlines Corp.*, Case No. 10-10198 (Bankr. S.D.N.Y.) [Docket N. 49]) under Chapter 15 of the U.S. Bankruptcy Code and Japan Airlines' confirmed plan of reorganization, as pertinent to this litigation, remains in effect. On March 28, 2011, Japan Airlines completed its corporate reorganization proceedings in Japan.

                                                                                    Respectfully submitted

Dated: October 28, 2013                         STEPTOE & JOHNSON LLP

                                                                  /s/ Paul D. Lall
                                                                  Charles Schill
                                                                  Paul D. Lall
*Of counsel:*                                     STEPTOE & JOHNSON LLP
William Karas (admitted *pro hac vice*)      1330 Connecticut Avenue, N.W.
Carol Gosain (admitted *pro hac vice*)       Washington, D.C.  20036
                                                                 202-429-3000

                                                                *Attorneys for Defendant*
                                                                *Japan Airlines Co., Ltd.*

- 2 -

## **CERTIFICATE OF SERVICE**

      I certify that on this 28th day of October, 2013, I served an electronic copy of the foregoing Appellee's Status Report by e-mail to:

stephen@snweisslaw.com
gfleesler@mosessinger.com
anisha.dasgupta@usdoj.gov
cschill@steptoe.com

      I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of October 28, 2013.

      /s/ Paul D. Lall
      Paul D. Lall
      *Attorney for Defendant*
      *Japan Airlines Co., Ltd.*