NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IRIS CORPORATION,**
*Plaintiff-Appellant,*

v.

**JAPAN AIRLINES INTERNATIONAL COMPANY, LTD.,**
*Defendant-Appellee,*

AND

**JAPAN AIRLINES CORPORATION,**
*Defendant.*

---

2010-1051

---

Appeal from the United States District Court for the Eastern District of New York in No. 06-CV-6336, Chief Judge Carol Bagley Amon.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motion to lift the stay and to set a briefing schedule,

I<small>T</small> I<small>S</small> O<small>RDERED</small> T<small>HAT</small>:

(1) The motion is granted to the extent that the stay is lifted and the briefing schedule is as follows:

(2) Iris Corporation shall file 6 paper copies of their opening brief within 30 days of the date of filing of this order.

(3) Any amicus curiae in support of Iris Corporation should file their amicus curiae brief no later than February 14, 2014.

(4) JAL should file their response brief no later than March 26, 2014.

(5) Iris' reply brief is due no later than April 25, 2014.

(6) The joint appendix is due within 7 days of the filing of Iris' reply brief.

F<small>OR THE</small> C<small>OURT</small>

/s/   Daniel E. O'Toole
    Daniel E. O'Toole
    Clerk

s21