Case No. 10-1051

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

IRIS CORPORATION,

*Plaintiff-Appellant,*

v.

JAPAN AIRLINES INTERNATIONAL COMPANY, LTD.,

*Defendant-Appellee.*

Appeal from the United States District Court for the Eastern District of New York
Case No. 06-CV-6336, The Honorable Carol Bagley Amon, Chief Judge

## APPELLEE'S NOTICE OF CORRECTION

Please note that Defendant-Appellee corrected its Opening Brief to reflect the correct citations to the appendix.

Dated:  April 2, 2014                               Respectfully submitted,

/s/ Meredith Martin Addy
Meredith Martin Addy                    Charles F. Schill
STEPTOE & JOHNSON LLP                    William Karas
115 South LaSalle Street                 Carol Gosain
Suite 3100                               Paul D. Lall
Chicago, IL 60603                        Stephanie L. Roberts
312.577.1300                             STEPTOE & JOHNSON LLP
                                         1330 Connecticut Avenue, N.W.
                                         Washington, D.C. 20009
                                         202.429.3000

*Attorneys for Defendant-Appellee Japan Airlines International Company, Ltd.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing Appellee's Notice of Correction were served this 2nd day of April, 2014 by CM-ECF upon all counsel of record.

April 2, 2014                              Respectfully submitted,

/s/ Meredith Martin Addy
Meredith Martin Addy
STEPTOE & JOHNSON LLP
115 South LaSalle Street
Suite 3100
Chicago, IL 60603
312.577.1300

*Counsel for Defendant-Appellee*