NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IRIS CORPORATION,**
*Plaintiff-Appellant,*

v.

**JAPAN AIRLINES CORPORATION,**
*Defendant,*

AND

**JAPAN AIRLINES INTERNATIONAL COMPANY, LTD.,**
*Defendant-Appellee.*

---

2010-1051

---

Appeal from the United States District Court for the Eastern District of New York in No. 06-CV-6336, Chief Judge Carol Bagley Amon.

---

**ON MOTION**

---

**O R D E R**

Gregory J. Fleesler moves without opposition to withdraw as counsel of record for plaintiff-appellant, Iris Corporation.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21